IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sullivan, Anna

Printed:  9/16/08

Case Number:  08 B 09710
Judge:  Wedoff, Eugene R
Filed:  4/20/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  July 31, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 2. | Specialized Loan Servicing LLC | Secured | 40,000.00 | 0.00 |
| 3. | Pharia LLC | Unsecured | 17.21 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 51.06 | 0.00 |
| 5. | Merrick Bank | Unsecured | 242.60 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 32.73 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 56.09 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 205.96 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 128.67 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 59.53 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 258.15 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 118.92 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 71.82 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 222.42 | 0.00 |
| 15. | American General Finance | Secured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 41,465.16 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sullivan, Anna

Printed:  9/16/08

Case Number:  08 B 09710
Judge:  Wedoff, Eugene R
Filed:  4/20/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

